UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PASCO SANITARY LANDFILL NPL SITE INDUSTRIAL WASTE AREA GENERATOR GROUP III,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BASIN DISPOSAL, INC.; BNSF RAILWAY COMPANY; BONNEVILLE POWER ADMINISTRATION; CARR AVIATION, INC.; CHEMED CORP.; LEONARD DIETRICH, and their marital community; GLENDA DIETRICH, and their marital community; PASCO SANITARY LANDFILL, INC.; E.I. DU PONT DE NEMOURS AND COMPANY; FARMLAND RESERVE, INC.; AGRESERVES, INC.; HOFFMAN CORPORATION; SANDVIK SPECIAL METALS LLC; SOUTHWEST SUBURBAN SEWER DISTRICT; UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES COAST GUARD; UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE NAVY; AND ZEP, INC.,<br>　　　　　　　　Defendants. | No.　4:15-CV-5022-SMJ<br><br>**ORDER DISMISSING PARTY** |

ORDER **-** 1

On April 14, 2015, Plaintiff filed a Motion for Voluntary Dismissal of Defendant Chemed Corp., ECF No. 24. Consistent with Plaintiff's Motion and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal of Defendant Chemed Corp., **ECF No. 24**, is **GRANTED.**

2. All claims against Defendant Chemed Corp. are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

PASCO SANITARY LANDFILL NPL SITE INDUSTRIAL WASTE AREA GENERATOR GROUP III,

Plaintiff,

v.

BASIN DISPOSAL, INC.; BNSF RAILWAY COMPANY; BONNEVILLE POWER ADMINISTRATION; CARR AVIATION, INC.; LEONARD DIETRICH, and their marital community; GLENDA DIETRICH, and their marital community; PASCO SANITARY LANDFILL, INC.; E.I. DU PONT DE NEMOURS AND COMPANY; FARMLAND RESERVE, INC.; AGRESERVES, INC.; HOFFMAN CORPORATION; SANDVIK SPECIAL METALS LLC; SOUTHWEST SUBURBAN SEWER DISTRICT; UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES COAST GUARD; UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES

DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE NAVY; AND ZEP, INC.

Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of April 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\Pasco Sanitary Landfill NPL Site Industrial Waste Area Generator Group III v Basin Disposal Inc et al-5022\ord dism prty lc1 docx

ORDER - 3