FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PASCO SANITARY LANDFILL NPL SITE INDUSTRIAL WASTE AREA GENERATOR GROUP III, | No.   4:15-CV-05022-SMJ |
| Plaintiff, | **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT HOFFMAN CORPORATION** |
| v. | |
| BASIN DISPOSAL, INC.; BNSF RAILWAY COMPANY; BONNEVILLE POWER ADMINISTRATION; CARR AVIATION, INC.; LEONARD DIETRICH, and their marital community; GLENDA DIETRICH, and their marital community; PASCO SANITARY LANDFILL, INC.; E.I. DU PONT DE NEMOURS AND COMPANY; FARMLAND RESERVE, INC.; AGRESERVES, INC.; HOFFMAN CORPORATION; SANDVIK SPECIAL METALS LLC; SOUTHWEST SUBURBAN SEWER DISTRICT; UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES COAST GUARD; UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF | |

ORDER **-** 1

THE NAVY; AND ZEP, INC.,

Defendants.

Before the Court, without oral argument, is the Plaintiff Pasco Sanitary Landfill NPL Site Industrial Waste Area Generator Group III's ("IWAG III") Motion for Voluntary Dismissal of Defendant Hoffman Corporation, ECF No. 92. Plaintiff moves for voluntary dismissal of Hoffman Corporation from this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Hoffman Corporation has not filed an answer or a motion for summary judgment in this case. Having reviewed the files and records herein, the Court finds good cause to grant the motion.

1.    Plaintiff's Motion for Voluntary Dismissal of Defendant Hoffman Corporation, **ECF No. 92**, is **GRANTED.**

2.    All claims against Defendant Hoffman Corporation are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.    The Clerk's Office is directed to **AMEND** the caption as follows:

PASCO SANITARY LANDFILL NPL SITE INDUSTRIAL
WASTE AREA GENERATOR GROUP III,

Plaintiff,

v.

ORDER - 2

BASIN DISPOSAL, INC.; BNSF RAILWAY COMPANY; BONNEVILLE POWER ADMINISTRATION; CARR AVIATION, INC.; LEONARD DIETRICH, and their marital community; GLENDA DIETRICH, and their marital community; PASCO SANITARY LANDFILL, INC.; E.I. DU PONT DE NEMOURS AND COMPANY; FARMLAND RESERVE, INC.; AGRESERVES, INC.; SANDVIK SPECIAL METALS LLC; SOUTHWEST SUBURBAN SEWER DISTRICT; UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES COAST GUARD; UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF ENERGY; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE NAVY; AND ZEP, INC.

Defendants.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th day of October 2015.

SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\Pasco Sanitary Landfill NPL Site Industrial Waste Area Generator Group III v  Basin Disposal Inc et al-5022\ord dism hoffman lc2 docx

ORDER **-** 3